## PICKET *v.* THE STATE.

INFORMATION.—The case of *Newcome* v. *The State*, *ante.* p. 10 approved.

APPEAL from the *Orange* Common Pleas.

GREGORY, J.—The information charges that the appellant then was confined in the jail of *Orange* county, in the State of *Indiana*, on a charge of grand larceny, the identical felony thereinafter set forth, and that he had not been indicted by any grand jury of said county for said crime; and that at, &c., on, &c., said *Alfred Picket* did then and there feloniously steal, take, carry and ride away, one dark brown filly, of the value of one hundred dollars, the personal property of *Owen Thompson*, contrary, &c.

The defendant pleaded not guilty. Trial by jury. Verdict of guilty, and judgment.

The errors assigned are, first, that no affidavit was filed with the information by the prosecuting attorney; second, that the affidavit filed in the clerk's office of *Orange* county, in vacation, by the justice of the peace, has no proper venue, nor any venue, laid therein; third, that the information

does not allege directly, in proper form, that *Picket* did the thing wherewith he was charged.

The appellant was charged with the crime before a justice of the peace, and required to give bail for his appearance at the then next term of the *Orange* Common Pleas, and in default of such bail was committed. A transcript, with the original papers, was filed by the magistrate with the clerk of the court below. The affidavit filed before the justice is copied into the transcript of the record in the case in judgment. The affidavit charges "that on the first day of *September,* 1865, at the county of *Orange, Alfred Picket* did feloniously steal, take, carry and ride away, one dark brown filly, of the value of one hundred dollars, the personal property of *Owen Thompson,* contrary," &c. The affidavit commences with "*The State of Indiana, Orange county, ss.*" It is claimed that the affidavit, in the body of it, ought to have referred to the venue stated in the margin by some appropriate word, such as "said" or "aforesaid." This objection is made for the first time in this court. On the authority of *Newcome* v. *The State, ante,* p. 10, the judgment of the court below must be affirmed.

The judgment is affirmed, with costs.

*J. H. Stotsenburg* and *T. M. Brown,* for appellant.

*D. E. Williamson,* Attorney General, for the State.